JOHN SUDER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.

*Negligence — master and servant — injury to car repairer — alleged defective tools.*

*Suder* v. *Erie R. R. Co.*, 187 App. Div. 922, affirmed.

(Argued November 18, 1920; decided December 7, 1920.)

APPEAL from a judgment entered February 1, 1919, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed the reinstatement of the said verdict in an action under the Federal Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was employed by defendant as car repairer. On the day of the accident he and fellow-workmen were raising a car by means of jack-screws. It was claimed that they were defective and by reason thereof gave way letting the car down on plaintiff's hand causing the injuries complained of.

*Wells V. Moot* and *John W. Ryan* for appellant.
*H. J. Adams* and *John H. Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.